521 A.2d 1392

COMMONWEALTH of Pennsylvania, Appellant,

v.

William Franklin BRAHAM.

Supreme Court of Pennsylvania.

Argued March 12, 1987.

Decided March 23, 1987.

John C. Pettit, Dist. Atty., Frank C. Roney, Jr., Asst. Dist. Atty., Washington, for appellant.

Robert C. Brady, Washington, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.